IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:00-cr-00041-MP

JUAN-CARLOS FRANSICO ASSE,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 278, Motion for Early Termination of Supervised Release, filed by Defendant Juan-Carlos Asse, who is proceeding *pro se*. On December 8, 2000, Defendant plead guilty to one count of conspiracy to distribute and to possess with intent to distribute a controlled substance in violation of 21 U.S.C. §§ 841(a) and 841(b)(1)(c). On March 14, 2001, the Court sentenced Defendant to 87 months of imprisonment, followed by 36 months of supervised release. Defendant has served over one year of his supervised release term and now seeks to terminate his supervised release.

Under 18 U.S.C. § 3583(e), the Court may terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the defendant's conduct and (2) is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable. After consulting with Probation and considering the factors in § 3553(a), the Court finds that early termination of Defendant's term of supervised release is both warranted by Defendant's conduct

and in the interest of justice.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Defendant's *Pro Se* Motion for Early Termination of Supervised Release, Doc. 278, is GRANTED.  Defendant's term of supervised release shall be terminated, effective immediately, and this case shall be closed.

**DONE AND ORDERED** this   *14th* day of January, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge